# ELECTRONIC RECORD

COA #   11-13-00069-CR                OFFENSE:   19.02

STYLE:   **Christopher Marchel Hill
v. The State of Texas**        COUNTY:   Midland

COA DISPOSITION:    AFFIRMED        TRIAL COURT:  142nd District Court

DATE: 1/15/15            Publish: NO   TC CASE #:    CR39347

# IN THE COURT OF CRIMINAL APPEALS

184-15

STYLE:   **Christopher Marchel Hill v.
The State of Texas**        CCA #:  **PD-0184-15**

_____ *APPELLANT'S* _____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____ *REFUSED* _____        JUDGE: _____

DATE: _04/15/2015_        SIGNED: _____        PC: _____

JUDGE: _Per Curiam_        PUBLISH: _____        DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD